**Order entered February 7, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00560-CR
No. 05-16-00561-CR
No. 05-16-00562-CR
No. 05-16-00563-CR

**MERCEDES M. BIGGURS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-57650-U, F14-70586-U, F14-70971-U & F14-75674-U**

## ORDER

We **REINSTATE** these appeals.

On November 15, 2016, we granted the motion to withdraw filed by former counsel Lawrence Mitchell. We then ordered the trial court to hold a hearing and, if appropriate, to appoint new counsel. We **ADOPT** the trial court's January 26, 2017 findings that appellant is indigent, appellant is entitled to appointed counsel, and Valencia Bush has been appointed counsel. We **DIRECT** the Clerk to add Valencia Bush as appellant's attorney of record in these appeals.

We **ORDER** appellant's brief filed on or before March 10, 2017. We **DENY** the pending motion for extension of time as moot.

/s/    ADA BROWN
JUSTICE